UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BRADLEY COCHRANE and THE TRAVELING ATTORNEY, P.C.,<br><br>Plaintiffs,<br><br>v.<br><br>GRETCHEN WHITMER et al.,<br><br>Defendants. | Case No. 24-10648<br>Honorable Laurie J. Michelson |

# JUDGMENT

In accordance with the opinion and order entered today, it is hereby ORDERED and ADJUDGED that this case is DISMISSED.

SO ORDERED.

Dated: December 1, 2025

                                             s/Laurie J. Michelson
                                             LAURIE J. MICHELSON
                                             UNITED STATES DISTRICT JUDGE